**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Garibay, Jacob Fredrick                                         Case No. 22-30065

Debtor(s).

**STATEMENT UNDER PENALTY OF PERJURY RE:**
**PAYMENT ADVICE DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)**

☑ **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- ☐ Debtor 1 was not employed during the 60 days preceding the filing of the petition;
- ☐ Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: ______________________
- ☐ Debtor 1 was self-employed during the 60 days preceding the filing of the petition;
- ☐ Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- ☐ Other (please explain): ______________________

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: /s/ Jacob Fredrick Garibay          Date: 01/17/2022
Jacob Fredrick Garibay

*****************************************************************************************

☐ **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- ☐ Debtor 2 was not employed during the 60 days preceding the filing of the petition;
- ☐ Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed: ______________________
- ☐ Debtor 2 was self-employed during the 60 days preceding the filing of the petition;
- ☐ Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or
- ☐ Other (please explain): ______________________

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 2: ______________________          Date: ______________

*****IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY numbers, routing numbers** and **account numbers** are **redacted** before filing. If the income records include the year to date amounts, you are only required to submit the first and last pay stubs from the previous 60 days.

***** D I R E C T   D E P O S I T   S T U B *****

CITY OF MOUNDS VIEW
2401 Mounds View Blvd
Mounds View, MN 55112
763-717-4000

** JACOB GARIBAY **   DEPT:100-4410   11/18/2021   PERIOD END:11/12/2021

### E A R N I N G S

| | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| GROSS | | | 2,928.84 | 63,596.92 |
| Reg | 71.50 | 34.710 | 2,481.77 | 58,275.71 |
| Hol | 8.00 | 34.710 | 277.68 | 2,156.80 |
| OT | | | 0.00 | 637.80 |
| Vac | | | 0.00 | 1,819.20 |
| Sick | | | 0.00 | 225.62 |
| Comp Us | 0.50 | 34.710 | 17.36 | 329.76 |
| CT PO | 4.38 | 34.710 | 152.03 | 152.03 |

### D E D U C T I O N S

| | CURRENT | YTD |
|---|---|---|
| PERA | 190.37 | 4,133.78 |
| RHS % | 29.29 | 635.98 |
| HSA CONTRIB | 43.75 | 962.50 |
| Long Term Di | 6.53 | 71.83 |

### T A X E S

| | CURRENT | YTD |
|---|---|---|
| FEDERAL | 389.45 | 8,200.51 |
| FICA | 177.06 | 3,843.92 |
| MEDICARE | 41.41 | 899.04 |
| STATE | 156.06 | 3,355.49 |

### R E C A P

| | CURRENT | YTD |
|---|---|---|
| GROSS | 2,928.84 | 63,596.92 |
| TAXES | 763.98 | 16,298.96 |
| DEDUCT | 269.94 | 5,804.09 |
| NET | 1,894.92 | 41,493.87 |

### LEAVE AVAILABLE

| | BAL FWD | EARNED | USED | CUR BAL |
|---|---|---|---|---|
| SICK | 310.62 | 3.70 | 0.00 | 314.32 |
| VACATION | 77.85 | 4.62 | 0.00 | 82.47 |

### DIRECT DEPOSIT

| ACCT TYP | ACCOUNT # | AMOUNT |
|---|---|---|
| CHECKING | [redacted] | 1,894.92 |

** JACOB GARIBAY **
109 RIVER EDGE WAY NE
FRIDLEY MN 55432

DEPT: 100-4410
EMP#: [redacted]
DATE: 11/18/2021
CHECK AMOUNT: $0.00
DEPOSIT AMOUNT: $1,894.92

***** D I R E C T   D E P O S I T   S T U B *****

CITY OF MOUNDS VIEW
2401 Mounds View Blvd
Mounds View, MN 55112
763-717-4000

** JACOB GARIBAY **   DEPT:100-4410   12/30/2021   PERIOD END:12/24/2021

**E A R N I N G S**

| | HOURS | RATE | CURRENT | YTD |
|---|---|---|---|---|
| GROSS | | | 2,863.58 | 72,014.11 |
| Reg | 73.00 | 34.710 | 2,533.83 | 65,616.88 |
| Hol | 8.00 | 34.710 | 277.68 | 2,989.84 |
| OT | 1.00 | 52.065 | 52.07 | 689.87 |
| Vac | | | 0.00 | 1,853.91 |
| Sick | | | 0.00 | 364.46 |
| Comp Us | | | 0.00 | 347.12 |
| CT PO | | | 0.00 | 152.03 |

**D E D U C T I O N S**

| | CURRENT | YTD |
|---|---|---|
| PERA | 186.13 | 4,680.89 |
| RHS % | 28.64 | 720.16 |
| HSA CONTRIB | 0.00 | 1,050.00 |
| Long Term Di | 0.00 | 78.36 |

**T A X E S**

| | CURRENT | YTD |
|---|---|---|
| FEDERAL | 385.80 | 9,303.33 |
| FICA | 175.77 | 4,355.15 |
| MEDICARE | 41.11 | 1,018.61 |
| STATE | 154.93 | 3,803.42 |

**R E C A P**

| | CURRENT | YTD |
|---|---|---|
| GROSS | 2,863.58 | 72,014.11 |
| TAXES | 757.61 | 18,480.51 |
| DEDUCT | 214.77 | 6,529.41 |
| NET | 1,891.20 | 47,004.19 |

**LEAVE AVAILABLE**

| | BAL FWD | EARNED | USED | CUR BAL |
|---|---|---|---|---|
| SICK | 317.72 | 3.70 | 0.00 | 321.42 |
| VACATION | 94.71 | 4.62 | 0.00 | 99.33 |

**DIRECT DEPOSIT**

| ACCT TYP | ACCOUNT # | AMOUNT |
|---|---|---|
| CHECKING | [redacted] | 1,796.64 |
| SAVINGS | | 94.56 |

DEPT: 100-4410
EMP#: [redacted]
DATE: 12/30/2021
CHECK AMOUNT: $0.00
DEPOSIT AMOUNT: $1,891.20

** JACOB GARIBAY **
109 RIVER EDGE WAY NE
FRIDLEY MN 55432