**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jacob Fredrick Garibay

Case No: 22−30065 − KLT

Debtor(s)

Chapter 13 Case

## ORDER GRANTING COMPENSATION

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016−1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Jeffrey J. Bursell , is awarded $3500.00 for compensation or reimbursement.

Dated: 3/29/22

Kesha L Tanabe
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 29, 2022
Tricia Pepin Clerk, United States Bankruptcy Court
By: KariAnn Deputy Clerk