**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Jacob Fredrick Garibay

Case No: 22−30065 − KLT

Debtor(s)

Chapter 13 Case

## ORDER GRANTING COMPENSATION

It appears that the attorney for the debtor(s) filed an application for compensation for services and that the application conforms to Local Rule 2016−1(d).

IT IS THEREFORE ORDERED, the attorney for the debtor(s), Jeffrey J. Bursell , is awarded $3500.00 for compensation or reimbursement.

Dated: 3/29/22

Kesha L Tanabe
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on March 29, 2022
Tricia Pepin Clerk, United States Bankruptcy Court
By: KariAnn Deputy Clerk

United States Bankruptcy Court

District of Minnesota

In re:
Jacob Fredrick Garibay
Debtor

Case No. 22-30065-KLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0864-3 User: admin Page 1 of 1
Date Rcvd: Mar 29, 2022 Form ID: 13ofee Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob Fredrick Garibay, 394 Laurel Ave, Saint Paul, MN 55102-2016 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Jeffrey J. Bursell | on behalf of Debtor 1 Jacob Fredrick Garibay bankruptcy@solventlaw.com jeff@solventlaw.com;solventpllc@jubileebk.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3