**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Jacob Garibay | Case No. 22-30065

Debtor(s).

**DEBTOR CHANGE OF ADDRESS**

Debtor(s) Name: Jacob Garibay

Change of address for: Debtor 1 only ☒ Debtor 2 only ☐ Both Debtors ☐

NEW Mailing Address: 4004 E 44th Street
Minneapolis, MN 55406

Debtor(s) Signature: Jacob F Garibay 10/02/2024
Date